# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOANNA LYNN TACKETT,

    Plaintiff,

v.

    Case No. 2:14-cv-2638
    Chief Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth Preston Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 4, 2017. (ECF No. 29.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Plaintiff's Application to Charge and Collect a Fee (ECF No. 26) is **DENIED AS MOOT,** and the Plaintiff's Amended Motion to Charge and Collect a Fee (ECF No. 27) is **GRANTED.** For the reasons set forth in the Magistrate Judge's thorough Report and Recommendation, the Court **AWARDS** Plaintiff attorney fees in the amount of **$19,329.50, with a refund to be made to Plaintiff of the $5,750.00 previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412.**

    IT IS SO ORDERED.

10-25-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE